IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

KRISTA D. CAPEHART,

        Plaintiff,

v.        CIVIL ACTION NO.   3:17-3988

WESTFIELD INSURANCE COMPANY,

        Defendant.

**ORDER AND NOTICE**

Pursuant to LR Civ P 16.1, it is **ORDERED** that the following dates are hereby fixed as the times by or on which certain events must occur:

| | |
|---|---|
| 10/10/17 | Motions under FR Civ P 12(b), together with supporting briefs, memoranda, affidavits, or other such matter in support thereof.  (All motions unsupported by memoranda will be denied without prejudice pursuant to LR Civ P 7.1(a).) |
| 10/23/17 | Last day for Rule 26(f) meeting. |
| 10/30/17 | Last day to file report of Rule 26(f) meeting ─ See Scheduling Order Worksheet, available on the Court's website and at LR Civ P 16.1. |
| 11/13/17 | Scheduling/ status conference with the Court and lead counsel at **11:30 a.m.**, unless otherwise directed.   Be prepared to discuss the following: |

    (a)    the discovery to be completed and the amount of time necessary for its completion;
    (b)    the further formulation and simplification of issues, including possible elimination of claims or defenses;
    (c)    the possibility of entering into stipulations regarding issues for trial;
    (d)    the possibility of obtaining admissions regarding facts and documents; and
    (e)    other matters that will assist the parties in reaching a final resolution of this matter.

11/20/17    Entry of scheduling order.

11/27/17       Last day to make FR Civ P 26(a)(1) disclosures.

## NOTICE

The provision of FR Civ P 14 and 15 with respect to the time in which to file third-party claims and to amend pleadings without leave of court are not affected by this Order and Notice.

Pursuant to LR Civ P 16.1 and 73.1, the parties are informed of their opportunity to consent to the exercise by a magistrate judge of civil jurisdiction over the case, including entry of judgment, as authorized by 28 U.S.C. § 636. The parties may consent by filing a Consent to Jurisdiction by a United States Magistrate Judge (FR Civ P Form 34), or by so indicating on the Report of Parties' Planning Meeting and Scheduling Order Worksheet, all of which are available on the Court's website.

The Court **DIRECTS** the Clerk to send a copy of this Order and Notice to counsel of record and any unrepresented parties.

           ENTER:      September 19, 2017

           _____
           ROBERT C. CHAMBERS
           UNITED STATES DISTRICT JUDGE